In the Matter of SOL WORONOFF, an Attorney, Respondent.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, October 30, 1942.

*Einar Chrystie* for petitioner.

No appearance for respondent.

PER CURIAM. On February 4, 1935, the respondent was duly convicted in the District Court of the United States for the Southern District of New York of the embezzlement of certain moneys as a committee for an incompetent war veteran in violation of sections 556 and 716 of title 38 of the United States Code. Said crimes are felonies. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law (Cons. Laws, ch. 30), therefore, he must be disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, COHN and CALLAHAN, JJ., concur.

Respondent disbarred.